RUDD *v.* HOLMES; CAB CO. *v.* KAMOS.

*A. B. Cummings for plaintiff.*
*Nat S. Crews, Fred S. Hutchins, Polikoff & Kirven, W. H. Boyer, C. F. Burns, R. M. Weaver and L. V. Scott for defendants.*

PER CURIAM. The record discloses no exceptive assignment of error of sufficient merit to warrant a reversal of the judgment. Hence, it will not be disturbed.
No error.

## W. REUBEN RUDD v. R. L. HOLMES.

(Filed 12 November, 1930.)

APPEAL by defendant from *Schenck, J.,* at August Term, 1930, of GUILFORD. No error. See 196 N. C., 640.

*H. R. Stanley for plaintiff.*
*John W. Hester and T. Glenn Henderson for defendant.*

PER CURIAM. We have examined the exceptions of the appellant and have discovered no error which entitles him to a new trial.
No error.

## YELLOW CAB COMPANY v. J. V. KAMOS.

(Filed 19 November, 1930.)

APPEAL by plaintiff from *Moore, J.,* at March Term, 1930, of RICHMOND.

Civil action and cross-action for damages arising out of a collision between plaintiff's Chrysler sedan and defendant's Buick automobile, which occurred on Highway No. 20 near the town of Rockingham, N. C., with the owner of each car alleging negligence on the part of the driver of the other.

The jury awarded the defendant $25 on his counterclaim, after finding that the collision was due to the negligence of plaintiff's driver. Plaintiff appeals, assigning errors.

*F. Donald Phillips for plaintiff.*
*Fred W. Bynum for defendant.*

PER CURIAM. No substantial error appears on the record, hence the verdict and judgment will be upheld.

No error.

---

### THE PILOT COMPANY v. CHESTER MOTSINGER.

(Filed 26 November, 1930.)

APPEAL by plaintiff from judgment of *Stack, J.,* at September Term, 1930, of FORSYTH. Affirmed.

This action to recover of defendant the sum of $850, the amount of a note executed by him, dated 15 November, 1922, and due one year after date, was begun in the Forsyth County Court, on 19 February, 1930. At the trial in said court the issue submitted to the jury, to wit, "What amount, if any, is the defendant indebted to the plaintiffs?" was answered, "Nothing."

From judgment that plaintiff recover nothing of the defendant in this action, plaintiff appealed to the Superior Court of Forsyth County, assigning errors based on exceptions to the admission of evidence, and to instructions to the jury in the charge of the court to the jury.

From the judgment of the Superior Court, overruling its assignments of error, and affirming the judgment of the Forsyth County Court, plaintiff appealed to the Supreme Court.

*Ratcliffe, Hudson & Ferrell for plaintiff.*
*Archie Elledge for defendant.*

PER CURIAM. We find no error in the judgment of the Superior Court, overruling plaintiff's assignments of error on its appeal to that court, and affirming the judgment of the Forsyth County Court. The judgment is, therefore,

Affirmed.